[No. 18474-5-II.   Division Two.   June 21, 1996.]

CLINTON C. HANHI, *Appellant*, v. HARRY KIMBALL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 93-2-00009-9, Joel M. Penoyar, J., entered June 27, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 33320-8-I.   Division One.   June 24, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN S. RIDLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01229-9, Gerald L. Knight, J., entered August 24, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker and Ellington, JJ.

[No. 34591-5-I.   Division One.   June 24, 1996.]

DENNIS MARTIN, ET AL., *Respondents*, v. JOHN McEVOY, ET AL., *Defendants*, JOAN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-17082-7, Michael S. Spearman, J., entered April 14, 1996. *Dismissed* by unpublished opinion per Becker, J., concurred in by Webster and Coleman, JJ.